# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GAIL M. WILLIAMS, | : | |
| Plaintiff, | : | Case No. 3:05CV0376 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| JO ANNE B. BARNHART,[1] Commissioner of the Social Security Administration, | : | |
| | : | |
| Defendant. | : | |

# ORDER

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #19), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.  It is therefore **ORDERED** that:

    1.    The Report and Recommendations filed on December 12, 2007 (Doc. #19) is ADOPTED in full;

---

[1] Michael J. Astrue is the current Commissioner of the Social Security Administration.  He is therefore the proper-party defendant in this case.  For docketing continuity, the caption of this case will remain the same.

2. Plaintiff's Motion to Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. §2412(d) (Doc. #17) is GRANTED;

3. The Commissioner shall pay Plaintiff's attorney fees pursuant to the EAJA in the total amount of $4,016.38; and

4. The case remains terminated on the docket of this Court.

December 31, 2007                                         s/THOMAS M. ROSE

                                                           _____
                                                                Thomas M. Rose
                                                           United States District Judge